*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★ ★ ★      ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00736-CR

**IN RE** Harold **BOWENS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
                Phylis J. Speedlin, Justice
                Steven C. Hilbig, Justice

Delivered and Filed: January 13, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On November 16, 2009, relator Harold Bowens filed a petition for writ of mandamus, complaining of the trial court's failure to rule on his "Motion for Leave Requesting Forensic DNA Testing." However, on December 17, 2009, the trial court signed an order denying relator's motion. Therefore, we DENY AS MOOT relator's petition for writ of mandamus. TEX. R. APP. P. 52.8(a).

                                                         PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 1985-CR-3726W, styled *State of Texas v. Harold Bowens*, in the 290th Judicial District Court, Bexar County, Texas, the Honorable Sharon MacRae presiding.